**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000227
31-DEC-2012
08:03 AM**

NO. CAAP-12-0000227

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

AURORA LOAN SERVICES, LLC, Plaintiff-Appellee,
v.

VIRGILIO BALAGSO, JR. and WILFREDA A. BALAGSO,
Defendants-Appellants

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT,
HAMAKUA DIVISION
(CIVIL NO. 3RC 11-1-150H)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the records, it appears that:

(1) on March 23, 2012, Defendants-Appellants Virgilio Balagso, Jr. and Wilfreda A. Balagso (Appellants) filed a notice of appeal; (2) on May 23, 2012, the record on appeal was filed and the appellate clerk informed Appellants that the jurisdictional statement was due on June 4, 2012 and the opening brief was due on July 2, 2012; (3) on November 2, 2012, Appellants were informed that the time to file the jurisdictional statement

expired on June 4, 2012 and the time to file the opening brief expired on July 2, 2012, that this court may take such action as it deemed proper, including dismissal of the appeal, and that relief from default should be made by motion; and (4) no jurisdictional statement was filed, no opening brief was filed, and no motion for relief from default was filed.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to Hawai'i Rules of Appellate Procedure Rule 30.

DATED: Honolulu, Hawai'i, December 31, 2012.

Presiding Judge

Associate Judge

Associate Judge